OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

*FILED IN THE
UNITED STATES
BANKRUPTCY COURT*

2010 JUL -7 AM 10: 59

DISTRICT OF UTAH

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| IN RE:<br>MAX D. YOUNG<br>CATHY I. YOUNG<br><br>Debtors | CASE NO: 04-38724<br><br>Chapter 13<br><br>JUDGE R. KIMBALL MOSIER |
|---|---|

### DECLARATION OF TRUSTEE REGARDING DEPOSIT OF UNCLAIMED FUNDS

KEVIN R. ANDERSON, the duly appointed, Standing Chapter 13 Trustee ("Trustee") in the above-captioned case declares, under penalty of perjury, that:

The following payee was issued disbursements in the amount set forth below. The disbursement check listed was not negotiated within 90 days of issuance, or has been returned to the Trustee as undeliverable by the Post Office, or the Trustee has been unable to obtain a current address of the payee.

The Trustee has issued a stop payment on the listed check.

| Payee Name & Address (last known) | Check Amount |
|---|---|
| Mitchell 1<br>PO Box 60000<br>San Francisco, CA 94160-0001 | $1,898.46 |

The above listed address is the last known address for the payee. The check in question totals $1,898.46. This total represents unclaimed funds which the Trustee does herewith pay into the registry of the United States Bankruptcy Court for the District of Utah.

Dated: 07/07/2010

Kevin R. Anderson, Chapter 13 Trustee

### CERTIFICATE OF MAILING

I, the undersigned, do hereby certify that a true and correct copy of the foregoing Declaration of Trustee Regarding Deposit of Unclaimed Funds was properly addressed, posted in the U.S. Mail, first class, postage prepaid on 07/07/2010 to the following parties at the addresses listed below:

MAX D. YOUNG AND CATHY I. YOUNG, 1246 N CEDARWOOD RD, TOOELE, UT 84074

RULON T. BURTON & ASSOCIATES, ECF NOTIFICATION

/s/
Employee of Chapter 13 Trustee